# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) DOCKET NO.: 3:20-cr-239-FDW |
| | ) |
| v. | ) **ORDER TO DISMISS THE INDICTMENT** |
| | ) |
| **ALEEF JAMAR NICKS,** | ) |
| a/k/a "Jamar Aleef Nicks" | ) |

This matter is before the Court on the United States's Motion to Dismiss the Bill of Indictment in the above-captioned case without prejudice.

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel, and the United States Attorney's Office.

Signed: December 17, 2020

Frank D. Whitney
United States District Judge